MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KORTLAND LYNCH,

Defendant.

No. 3:26-cr-00071-ACP-KFR

COUNT 1:
POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES
Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) and (C)

COUNT 2:
POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
Vio. of 18 U.S.C. § 924(c)(1)(A)(i)

COUNT 3:
FELON IN POSSESSION OF FIREARMS AND AMMUNITION
Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

COUNT 4:
MAINTAINING A DRUG INVOLVED PREMISES
Vio. of 21 U.S.C. § 856(a)(1)

CRIMINAL FORFEITURE ALLEGATION 1:
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a)

CRIMINAL FORFEITURE ALLEGATION 2:
21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a)

## INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about December 12, 2025, within the District of Alaska, the defendant, KORTLAND LYNCH, knowingly and intentionally possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and (C).

COUNT 2

On or about December 12, 2025, within the District of Alaska, the defendant, KORTLAND LYNCH, knowingly possessed the following firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Methamphetamine and Fentanyl with Intent to Distribute in violation of

21 U.S.C. § 841(a)(1), (b)(1)(B) and (C), as charged in Count 1 of this Indictment:

1. Springfield XD Elite .45 ACPT;
2. Brown Camo Keltec PLR-16 5.56;
3. Smith and Wessen MP40 .40cal;
4. King Cobra 357 mag;
5. Springfield Hellcat 9mm;
6. Shotgun Mossburg Model 590 20g;
7. .45 ACP Springfield XD-45;
8. Springfield XDM Elite 9mm;
9. Shotgun CD Defense AR-12S-12ga;
10. Sig Sauer A215 Sig M400 5.56;
11. Taurus Judge .45 long colt .410;
12. Keltec 12ga shotgun;
13. Ruger 57 5.7x28; and
14. CZ 97B .45 cal.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 3

On or about December 12, 2025, within the District of Alaska, the defendant, KORTLAND LYNCH, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms and ammunition:

1. Springfield XD Elite .45 ACPT;
2. Brown Camo Keltec PLR-16 5.56;
3. Smith and Wessen MP40 .40cal;
4. King Cobra 357 mag;
5. Springfield Hellcat 9mm;
6. Shotgun Mossburg Model 590 20g;
7. .45 ACP Springfield XD-45;
8. Springfield XDM Elite 9mm;
9. Shotgun CD Defense AR-12S-12ga;
10. Sig Sauer A215 Sig M400 5.56;
11. Taurus Judge .45 long colt .410;
12. Keltec 12ga shotgun;
13. Ruger 57 5.7x28;
14. CZ 97B .45 cal; and
15. Any and all associated ammunition.

//

//

//

//

//

//

//

Prior Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| 05/26/2021 | Felony Driving Under the Influence | Alaska Superior Court Anchorage | 3AN-20-03802CR |
| 11/20/2015 | Attempted Escape in the Second Degree | Alaska Superior Court Anchorage | 3AN-15-04448CR |
| 11/20/2015 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court Anchorage | 3AN-15-04448CR |
| 09/19/2014 | Attempted Manufacture/ Deliver Controlled Substances in the Second Degree | Alaska Superior Court Anchorage | 3AN-14-05071CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 4

Beginning at a date unknown to the Grand Jury but no later than on or about July 25, 2025, and continuing until on or about December 12, 2025, within the District of Alaska, the defendant, KORTLAND LYNCH, knowingly used and maintained a place for the purpose of distributing and using any controlled substances, namely methamphetamine and N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 856(a)(1).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

//

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A), and 18 U.S.C. §§ 922(g)(1) and 924(a)(8) as set forth in Counts 2 and 3 of this Indictment, the defendant, KORTLAND LYNCH, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in knowing commission of the offense, including, but not limited to:

1. Springfield XD Elite .45 ACPT, serial number BB222960;
2. Brown Camo Keltec PLR-16 5.56, serial number P0532;
3. Smith and Wessen MP40 .40cal, serial number HVN7711;
4. King Cobra 357 mag, serial number RA224596;
5. Springfield Hellcat 9mm, serial number BA524024;
6. Shotgun Mossburg Model 590 20g, serial number V0713708;
7. .45 ACP Springfield XD-45, serial number MG549280;
8. Springfield XDM Elite 9mm, serial number BY196024;
9. Shotgun CD Defense AR-12S-12ga, serial number 205A12P-7216;
10. Sig Sauer A215 Sig M400 5.56, serial number 20K025041;
11. Taurus Judge .45 long colt .410, serial number H2917912;
12. Keltec 12ga shotgun, serial number XX6134;
13. Ruger 57 5.7x28, serial number 641-90539;
14. CZ 97B.45 cal, serial number A6778; and
15. Any and all associated ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 1 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841 and 21 U.S.C. § 856(a)(1), the defendant, KORTLAND LYNCH, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

1. $9,338 in U.S. currency;
2. Springfield XD Elite .45 ACPT, serial number BB222960;
3. Brown Camo Keltec PLR-16 5.56, serial number P0532;
4. Smith and Wessen MP40 .40cal, serial number HVN7711;
5. King Cobra 357 mag, serial number RA224596;
6. Springfield Hellcat 9mm, serial number BA524024;
7. Shotgun Mossburg Model 590 20g, serial number V0713708;
8. .45 ACP Springfield XD-45, serial number MG549280;
9. Springfield XDM Elite 9mm, serial number BY196024;
10. Shotgun CD Defense AR-12S-12ga, serial number 205A12P-7216;
11. Sig Sauer A215 Sig M400 5.56, serial number 20K025041;

12. Taurus Judge .45 long colt .410, serial number H2917912;
13. Keltec 12ga shotgun, serial number XX6134;
14. Ruger 57 5.7x28, serial number 641-90539;
15. CZ 97B.45 cal, serial number A6778;
16. Any and all associated ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//

//

//

//

//

//

//

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: August 18, 2026